IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH ADAIR JR.,

      Plaintiff,

v.                                                                                           No. 20-cv-0849 WJ/JFR

MCKINLEY COUNTY, et al.,

      Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on Plaintiff's failure to timely file an amended complaint. United States Magistrate Judge John F. Robbenhaar explained why Plaintiff's Complaint failed to state a claim, granted Plaintiff leave to file an amended complaint, and notified Plaintiff that failure to timely file an amended complaint may result in dismissal of this case. *See* Doc. 5, filed August 27, 2020. Plaintiff did not file an amended complaint by the September 17, 2020, deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**